THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. THE HUDSON RIVER CONNECTING RAILROAD ·CORPORATION, Respondent.— Order so far as it denies motion to resettle the judgment reversed and said motion granted only to the extent of reducing the costs in said judgment to twenty dollars and fifty cents. All concurred, except John M. Kellogg, P. J., dissenting.

EDWIN B. PARKHURST, Respondent, v. CITIZENS BREWING CORPORATION, Appellant.— Judgment affirmed, with costs. All concurred, except John M. Kellogg, P. J., dissenting.

RICHARD P. STANTON, Appellant, v. THE STATE OF NEW YORK, Respondent.— Judgment unanimously affirmed, with costs.

GRANT WARNER, as Administrator, etc., of LEMUEL H. WARNER, Deceased, Respondent, v. EMIL C. ROSCHE, Appellant, and JOHN F. ROSCHE.— Judgment and order unanimously affirmed, with costs.

ELIZA A. TOWNER, Respondent, v. ANDREW HILDEBRAND, Appellant.— Judgment and order reversed upon the law and facts, and new trial granted, with costs to the appellant to abide the event. All concurred. It appearing that the plaintiff paid the money in the interest of and for the benefit of her son, and not for the defendant, the court disapproves of the finding that the defendant borrowed $850, or any other sum, of the plaintiff, or ever agreed or assumed to pay her said sum.

NEWTON S. ALBE, as Administrator, etc., of ARLIE ALBE GREGORY, Deceased, Respondent, v. UNITED STATES TRUST COMPANY OF NEW YORK, Appellant.— Order unanimously affirmed, with ten dollars costs and disbursements. ·Lyon, J., not sitting.

WILLIAM C. BOWEN and FRANK O. BOWEN, as Administrators, etc., of AMANDA M. BOWEN, Deceased, Respondents, v. ERIE RAILROAD COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. Lyon, J., not sitting.

ARTHUR W. BAKER, Respondent, v. E. C. McKALLOR DRUG COMPANY, Appellant.— Motion granted unless, within ten days, appellant files and serves printed papers, and pays ten dollars, and ten dollars costs of motion; in which event motion is denied.

RAY BURMASTER, Appellant, v. THE STATE OF NEW YORK, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted.

JOHN CASEY, Respondent, v. CHARLES I. BAKER, HORATIO L. BAKER and EDWARD N. LACEY, as Trustee in Bankruptcy, etc., Appellants.— Motion denied.

HENRY CLARK, Respondent, v. JAMES HOGAN, Appellant, and JAMES PURCELL.— Motion denied.

POLLY J. D'AVIGNON, Respondent, v. THE TRAVELERS INSURANCE COMPANY OF HARTFORD, CONNECTICUT, Appellant.— Judgment affirmed, with costs. All concurred, except John M. Kellogg, P. J., dissenting. This court finds that the insured died prior to the commencement of the action.

ALBERT H. FORD, Respondent, v. THE STATE OF NEW YORK, Appellant.— Motion denied.